## THE MINNIEHAHA.

(District Court, E. D. New York. February 7, 1907.)

ADMIRALTY—PRACTICE—FINDING OF COMMISSIONER.

A finding of facts by a commissioner in admiralty, based on conflicting testimony of witnesses who testified before him, will not be disturbed, except for clear mistake or error.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 1, Admiralty, § 770.]

In Admiralty.

Cushman, Dewell & Cushman, for libelant.
Robinson, Biddle & Ward, for claimant.

CHATFIELD, District Judge. The libelant has filed a libel for certain repairs made under a contract which he alleges was to repair the engines of a gasoline boat called the Minniehaha, at a compen-

tion of 60 cents per hour. The respondent admits that, if compensation was to be received, the rate was to be 60 cents per hour, and that the libelant did certain work, but disputes the amount of the work done, and sets up a condition precedent, to the effect that the libelant agreed to make the engine turn 600 revolutions an hour when the boat was tied to the dock, or to receive no compensation. There is also a dispute as to the time in which the work was to be done. The libelant claims that no definite time was limited. The commissioner to whom the case was referred has reported in favor of the libelant, and bases his report upon the demeanor and appearance of the witnesses, and upon the fact that he considered the witnesses for the libelant more worthy of belief than those for the claimant. As there is evidence tending to support both parties, and as the issue of fact has been decided by the commissioner in favor of the libelant, no reason is shown why this court should refuse to confirm the report of the commissioner.

The exceptions are therefore overruled, and the report confirmed as to the items of the claim under the agreement. An arithmetical error is apparent in the allowance of interest at the sum of $43.33. The decimal point should have been placed so as to allow $4.33. The amount found by the commissioner is therefore reduced by $39. A decree should be entered accordingly.